IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEWARK NEW JERSEY

NANYA AKUFU EL

        Plaintiff,

vs.                                         Case No.: **2:17-CV-04465-MCA-LDW**

PNC BANK, NATIONAL ASSOCIATION,

        Defendant.

## DENIAL OF ENTRY OF DEFAULT

Plaintiff NANYA AKUFU EL requests that the clerk of court enter default against defendant(s) PNC BANK, NATIONAL ASSOCIATION pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant(s) has (have) failed to appear, plead or otherwise defend, the default of defendant(s) PNC BANK, NATIONAL ASSOCIATION is hereby entered pursuant to Federal Rule of Civil Procedure 55(a). Dated this __25th__ day of __July__, 2017.

_____
Clerk of Court

DENIED, as plaintiff has not demonstrated proof of proper service upon PNC Bank. Therefore, the Clerk shall terminate the motion for entry of default at ECF NO. 5, as well as the premature motion for default judgment at ECF NO. 6.

**So Ordered**
this 22nd day of August 2017

Leda D. Wettre
Leda D. Wettre, USMJ